

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:  ) Case No. 08-20436-B-11
 )
RONALD B. MILLER and )
USOALII N. MILLER )
 ) D.C. No. N/A.
 Debtors. )

**MEMORANDUM DECISION**

On February 22, 2008, at approximately 2:00 p.m., pro se debtors Ronald and Usoalii Miller filed an Emergency Motion for Stay of Trustee's Sale ("the Ex Parte Motion For Stay of Trustee's Sale"). (Dkt. 39). The court now issues the following decision.

The Ex Parte Motion for Stay of Trustee's Sale will be denied. The debtors seek a stay of a trustee's sale allegedly scheduled by Geneva Real Estate Investments to take place in Alameda County on February 25, 2008. (Dkt. 39 at 1). The debtors seek an immediate emergency stay to allow the debtors to "sell the property in a more equitable manner." (Dkt. 39 at 2).

The debtors have failed to show that adequate notice of the Ex Parte Motion for Stay of Trustee's sale has been given to the parties against whom they seek relief. The proof of service by mail attached to the motion (Dkt. 39 at 3) indicates that a

"Motion to Order the Removal of IRS Lien" was served on parties including the Internal Revenue Service, the United States trustee, Technology Credit Union, Fremont Investment and Loan, and Geneva Real Estate Investments.  The proof of service is silent as to whether the Ex Parte Motion for Stay of Trustee's Sale was served on the aforementioned parties.  There is therefore no presumption that the Ex Parte Motion for Stay of Trustee's Sale has been served on those parties.  Furthermore, the proof of service is undated.  There is no evidence regarding when the aforementioned parties were served with the motion.

    Because the debtors have failed to show that the Ex Parte Motion for Stay of Trustee's Sale has been served on the parties against whom they seek relief, they are not entitled to a preliminary injunction.  Pursuant to Federal Rule of Civil Procedure 65(a)(1), "[n]o preliminary injunction shall be issued without notice to the adverse party."  Fed. R. Civ. Proc. 65(a)(1).

    The debtors have also not satisfied the standard for obtaining a temporary restraining order.  Pursuant to Federal Rule of Civil Procedure 65(b), made applicable to this case by Federal Rule of Bankruptcy Procedure 7065

> A temporary restraining order may be granted without written or oral notice to the adverse party or that party's attorney only if (1) it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition, and (2) the applicant's attorney certifies to the court in writing the efforts, if any, which have been made to give notice and the reasons supporting the claim that notice should not be required.

Fed. R. Civ. Proc. 65(b).

    Here, the debtors have not certified any efforts made to give notice to the parties against whom they seek relief, and have given no reason why such notice should not be required. The Ex Parte Motion for Stay of Trustee's Sale is silent on this point. The court notes that the debtors commenced this case on January 14, 2008. As of February 22, 2008, the case has been pending for thirty-nine (39) days. The debtors have shown no evidence that they were unaware of the trustee's sale scheduled for February 25, 2008 prior to February 22, 2008 such that they could not have filed the Ex Parte Motion for Stay of Trustee's Sale in time to give adequate notice to the parties against whom they seek injunctive relief.

    The debtors have also not shown specific facts that immediate and irreparable injury, loss, or damage will result to the debtors before the adverse parties or the attorneys of the adverse parties can be heard in opposition. The court takes judicial notice that the debtors had one bankruptcy case pending within one year prior to the commencement of this case, case number 07-42827-RN-11, filed under chapter 11 in the Northern District of California on August 31, 2007 and dismissed effective January 7, 2008 by order entered February 8, 2008. Assuming that the aforementioned case filed in the Northern District of California was the only case pending within one year prior to the commencement of this case and dismissed, the automatic stay terminated as to the debtors as of 12:01 a.m. on Thursday, February 14, 2008, at the end of the thirty-day period following

the commencement of this case, by operation of 11 U.S.C. § 362(c)(3)(A).  However, assuming that the debtors have had only one bankruptcy case that was pending and dismissed within one year prior to the commencement of this case, the court notes that the automatic stay in the instant case terminates <u>as to the debtors only</u>.  11 U.S.C. § 362(c)(3)(A)("[T]he stay under subsection (a) . . . shall terminate with respect to the debtor on the 30th day after the filing of the case.").  Therefore, based on the information in the record before the court, the automatic stay of 11 U.S.C. § 362(a) remains in place as to the bankruptcy estate and has not terminated.  Because the stay has not terminated as to the bankruptcy estate, the debtors have failed to show that they will suffer irreparable injury, loss, or damage if the emergency stay they request in the instant Ex Parte Motion for Stay of Trustee's Sale is not issued.

   The court will issue a separate order consistent with the foregoing decision.

Dated: FEB 22 2008

Thomas C. Holman
United States Bankruptcy Judge

4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

DATED: 2/25/2008         By: *[signature]*
                              Deputy Clerk

EDC 3-070 (New 4/21/00)

```
Label Matrix for local noticing          Alameda County Tax Collector          Adam B. Arnold
0972-2                                   1221 Oak St                           525 E Main St
Case 08-20436                            Oakland CA 94612-4222                 PO Box 12289
Eastern District of California                                                 El Cajon, CA 92022-2289
Sacramento
Fri Feb 22 17:25:32 PST 2008

Bingo Vision                             Bradley Construction                  CBE Group
537 Stone Rd                             1331 T St 5                           131 Tower Park St 100
Benecia CA 94510-1171                    Sacramento CA 95811-7107              PO Box 2635
                                                                               Waterloo IA 50704-2635


Chase Bank USA                           Chase Card Svcs                       City Of San Jose
c/o Weinstein and Riley                  PO Box 94014                          801 N 1st St
2001 Western Ave #400                    Palatine IL 60094-4014                San Jose Ca 95110-1704
Seattle WA 98121-3132


Creditone                                Creegan D Angelo Engineers            Data Center
PO Box 4115                              6800 KolI Center Parkway              2600 W Shaw Ln
Concord CA 94524-4115                    Suite 150                             Fresno CA 93711-2767
                                         Pleasanton CA 94566-7044


DirecTV                                  Everton and Oliff                     FIA Card Services
PO Box 78626                             2021 The Alameda 110                  PO Box 15726
Phoenix AZ 85062-8626                    San Jose CA 95126-1126                Wilmington DE 19886-5726


Fremont Engineers                        Fremont Investment and Loan           Fremont Investment and Loan
4551 Eggers Dr                           c/o Adam B. Arnold                    PO Box 12289
Fremont CA 94536-6746                    525 E Main St                         El Cajon CA  92022-2289
                                         PO Box 12289
                                         El Cajon, CA 92022-2289


Fremont Investment and Loan              Geneva RE Investment Inc              HSBC Card
PO Box 25100                             1 Northwood Dr 1                      PO Box 5608
Santa Ana CA 92799-5100                  Orinda CA 94563-3030                  Glendale Heights IL 60139-5608


Thomas Holman                            Household Finance Group               (p)INTERNAL REVENUE SERVICE
Sacramento Division                      PO Box 60101                          CENTRALIZED INSOLVENCY OPERATIONS
U.S. Bankruptcy Court                    City Of Industry CA 91716-0101        PO BOX 21126
501 I Street, Suite 3-200                                                      PHILADELPHIA PA 19114-0326
Sacramento, CA 95814-7303


IRS Small Business Sect                  JC Penney Co                          Michael Tereo DDS
1301 Clay Street 10th Fl 1040S           PO Box 969991                         6287 Jarvis Ave
Oakland CA 94612-5217                    Irlando FL 32896-0001                 Newark CA 94560-1212


Ronald Brooks Miller                     Usoalii Nikotemo Miller               NCO Financial
1425 W Center St #61                     1425 W Center St #61                  PO Box 61247
Manteca, CA 95337-4233                   Manteca, CA 95337-4233                Virginia Beach FL 32466
```

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 | Quest Diagnostic<br>PO Box 78073<br>Phoenix AZ 85062-8073 | Randick O Dea Tooliatos<br>5000 Hopyard Road<br>Suite 400<br>Pleasanton CA 94588-3148 |
| Recovery Management Systems Corporation<br>Attn: Ramesh Singh<br>25 S E 2nd Ave #1120<br>Miami, FL 33131-1605 | Roger Pott Attorney<br>160 W Santa Clara St 12th Fl<br>San Jose CA 95113-1701 | St Agnes Medical Center<br>PO Box 6000<br>San Francisco CA 91600-6000 |
| TD Service<br>1820 E First Street St 210<br>PO Box 11988<br>Santa Ana Ca 92711-1988 | Technology CU<br>PO Box 1409<br>San Jose CA 95109-1409 | Technology Credit Union<br>2010 N 1st St<br>San Jose CA 95131-2018 |
| Technology Credit Union<br>2010 N 1st St 200<br>PO Box 1409<br>San Jose CA 95109-1409 | Toyota Financial Services<br>PO Box 54000<br>City of Industry CA 91716-0114 | Uhrle Fred MD<br>1193 E Herndon St 100<br>Fresno CA 93720-3156 |
| Valley Surgical Specialists<br>7202 N Millbrook 105<br>Fresno CA 93720-3341 | Vince Yee<br>1909 Magdalena Cir 74<br>Santa Clara CA 95051-2589 | Washington Hospital<br>2000 Mowry Ave<br>Fremont CA 94538-1746 |

YESSG 1
Recovery Management Systems Corporation
25 SE 2nd Ave #1120
Miami FL 33131-1605

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
PO Box 21126
Philadelphia, PA 19114

End of Label Matrix
Mailable recipients    45
Bypassed recipients     0
Total                  45